OPINION — AG — ** STEPCHILD — ESTATE TAX EXEMPTION ** THE EXEMPTION FROM ESTATE TAX PROVIDED FOR AT 68 O.S. 809 [68-809], DOES 'NOT' APPLY TO PORTIONS OF AN ESTATE PASSING TO A NONADOPTED STEPCHILD, WHO IS AN HEIR UNDER THE WILL OF A STEPPARENT, WHO HAS BEEN DIVORCED FROM THE STEPCHILD'S NATURAL PARENT. (INHERITANCE TAX EXEMPTION, ESTATE TAX, LINEAL DESCENDANT, ADOPTED CHILD) CITE: 68 O.S. 809 [68-809] (NEAL LEADER)